COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-140-
CV

IN RE FIRST TEXAS HOMES, INC. RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding
, for which let execution issue.

PER CURIAM

PANEL A
: LIVINGSTON, J.; CAYCE, C.J.; and MCCOY, J.

CAYCE, C.J., is of the tentative opinion that relator is entitled to the relief sought.

DELIVERED August 11, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.